Peter J. Ferguson, Esq. 108297
Steven A. Sherman, Esq. Bar No. 113621
**FERGUSON, PRAET & SHERMAN**
A Professional Corporation
1631 East 18th Street
Santa Ana, California 92705-7101
(714) 953-5300 Telephone
(714) 953-1143 Facsimile
ssherman@law4cops.com

Attorneys for Defendants

JS-6

UNITED STATES DISTRICT COURT

STATE OF CALIFORNIA, CENTRAL DISTRICT

| | |
|---|---|
| ELVIA CASTELLANOS, individually and on behalf of the ESTATE OF JAIME S. CASTELLANOS, JOSE MANUEL CASTELLANOS as guardian ad litem for A.C.; J.C.G.; S.C.G., all minors,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF GARDEN GROVE, a Governmental Entity, CHIEF JOSEPH MICHAEL POLISAR and DOES 1 through 10,<br><br>Defendants. | NO. SACV10-1650 JVS(RNBx)<br><br>**JUDGMENT** |

JURY VERDICT: This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS HEREBY ORDERED AND ADJUDGED that based on the verdicts of trial jury returned in open court on October 25, 2012, judgment is entered in favor of defendant CITY OF GARDEN GROVE and against Plaintiffs ELVIA CASTELLANOS, individually and on behalf of the

///

09-015

ESTATE OF JAIME S. CASTELLANOS, JOSE MANUEL CASTELLANOS as guardian ad litem for A.C.; J.C.G.; S.C.G., all minors. Plaintiffs shall take nothing by their Complaint.

DEFENDANT CITY OF GARDEN GROVE shall recover its costs of suit.

DATED: November 6, 2012

_____
Hon. James V. Selna
United States District Judge

09-015

-2-